439 F.2d 1127
 UNITED STATES of America, Plaintiff-Appellee,
v.
Hubert Elihue WATSON, Jr., Defendant-Appellant.
 No. 29897.
 United States Court of Appeals,
Fifth Circuit.
 March 1, 1971.
 
 John L. Briggs, U. S. Atty., Hugh N. Smith, Asst. U. S. Atty., Tampa, Fla., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, and PHILLIPS * and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Of the Tenth Circuit, sitting by designation
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966